# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koh, Lucy H. | District Court -- Northern California | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

280 South First Street
San Jose, California 95113

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | State of California -- salary |
| 2. | 2020 | Stanford University -- salary |
| 3. | 2020 | New York University -- salary |
| 4. | 2020 | Thomson/Reuters -- book royalty |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2/14/2020-2/16/2020 | Ithaca, New York | Judge Moot Court | Airfare, ground transportation, meals, hotel |
| 2. | University of San Diego Law School | 3/05/2020 | San Diego, California | Speak on Judges Panel at Conference | Airfare, airport parking, ground transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 2. State of California Savings Plus Program | | None | J | T | | | | | |
| 3. American Funds Washington Mutual | | None | M | T | | | | | |
| 4. Nationwide Geneva Small Cap Gr R6 | | None | M | T | | | | | |
| 5. Dodge & Cox Balanced | | None | L | T | | | | | |
| 6. Lord Abbett Total Return R5 | | None | L | T | | | | | |
| 7. Vanguard Instl Trgt Retire 2035 Ins | | None | L | T | | | | | |
| 8. Vanguard Inst Target Retirement 2035 | D | Int./Div. | O | T | | | | | |
| 9. AMG Managers Fairpointe Mid Cap N | C | Distribution | L | T | | | | | |
| 10. Invesco CollegeBound Age Based Portfolio | | None | K | T | | | | | |
| 11. TIAA ScholarShare Enrollment Portfolio Active | | None | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. Non-Investment Income
B. Spouse's Non-Investment Income
5. 2020 Yale University -- salary

VII. Investments and Trusts
9. AMG Managers Fairpointe Mid Cap N had both dividends and distributions in 2019 and 2020. The 2019 and 2020 Financial Disclosure Forms have no income type category for both dividend and distribution. In my 2019 Financial Disclosure Form, I categorized the income type as dividend. However, in both 2019 and 2020 the distributions were larger than the dividends, so I think the distribution income type category is probably better. Thus, in this 2020 Financial Disclosure Form, I am categorizing this income as distribution. In 2019 and 2020, the dividends and distributions were reinvested into the fund. I made no changes to this account in 2020.
11. TIAA CREF appears to have changed its name to TIAA. I had nothing to do with this name change, and I do not know when this name change happened. In 2020, TIAA ScholarShare changed the name of the account from "Active Age-Based Portfolio" to "Enrollment Portfolio Active". I had nothing to do with this name change, and I made no changes to this account in 2020.

I understand that all income is reportable, whether taxable, tax deferred, or tax exempt. I further understand that dividends that are reinvested must be listed as income. However, Part VII, lines 2-7 and lines 10-11 had no dividends, had no reinvestment of dividends, had no interest, and thus had no reportable income in calendar year 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Lucy H. Koh**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544